MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

BRIAN DAVid MARtin

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

OAKlANd CouNty Jail, SHeriff MicHael Bouchard

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: **2:26-cv-11007**
Assigned To : **DeClercq, Susan K.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **3/26/2026**
Description: **PRIS BRIAN MARTIN V OAKLAND COUNTY JAIL ET AL (SS)**

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

# Complaint for Violation of Civil Rights
## (Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Brian DAViD MARtiN_

All other names by which you have been known: _____

ID Number _168491_

Current Institution _COOPER Street Correctional Facilty_

Address _3100 Cooper Street_
_Jackson Mich 49201_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Michael Bouchard_

Job or Title (if known) _Sheriff_

Shield Number _____

Employer _OAKlANd County Jail_

Address _1201 North telegraph_
_Pontiac Mich 48341_

☐ Individual capacity ☑ Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

    Name               _____

    Job or Title         _____
    (if known)

    Shield Number    _____

    Employer          _____

    Address            _____

                     _____

    ☐   Individual capacity         ☐   Official capacity

Defendant No. 3

    Name               _____

    Job or Title         _____
    (if known)

    Shield Number    _____

    Employer          _____

    Address            _____

                     _____

    ☐   Individual capacity         ☐   Official capacity

Defendant No. 4

    Name               _____

    Job or Title         _____
    (if known)

    Shield Number    _____

    Employer          _____

    Address            _____

                     _____

    ☐   Individual capacity         ☐   Official capacity

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Lack of medical treatment, Jail Administrator must ensure that officals follow THrough with prescribed treatment. failure to Respond promptly to A SERias medical emergency

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Jail Administrators must ensure that official follow through with prescribed treatment "failed to do so, failure to Respond prompty to A SERious medical emergency will Result in finding of liability would not deliver my medicine Duloxetine deemed necessary for Nerve Damage, prescription medicine sent from MDOC on A writ put me on floor No-mattress" over 20 days with Nerve Damage 50 days No-medicine. Cruel, Cause more Nerve Damage.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

# Michigan Department of Corrections
# Kite Response

**Offender #:**  0168491        **Offender Name:** Martin, Brian David

**Location:**  JCS - COOPER STREET CORRECTIONAL FACILITY       **Lock:**  -I-:143:Bot:L

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 12/26/2025 |
| **Initiated Date:** | 12/26/2025 |
| **Taken By:** | Iyoha, Megan [MI6] RN |
| **Request Type:** | Medical Question |
| **Request Summary:** | "I would like to get a increase on KOP meloxican mobic helps my legs I have nerve damage in my left sidee of my leg every time i go to oaland county jail put me on the floor with no meds no mattress never return me with my KOP made my medical health bad lot of pain in my legs." |
| **Plan/Action:** | A chart review has been scheduled for your provider. |
| **Comments:** | |

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. OAKLAND County Jail medical personnel failed to deliver prescription medicine deemed necessary for Nerve damage in left side of my Body. SENt with Brian Martin on A writ to OAKLAND County Jail 4 diffrent times, from MDOC, Failed to deliver Brian MARtin Duloxetine, medicine LEFt mE on floor with No- mAttress for over 20 dAy." 50 dAys with out medicine, was there on A writ I HAD to wait to get my medicine Got Back to MDOC. I Told MDOC scHeduled me to SEE provider Increase my MEdicine

C.   What date and approximate time did the events giving rise to your claim(s) occur?

10/6/2025   10/19/2025   10/25/2005
12/8/2025   2/9/2026   2/14/2026
EVERy time Jail Staff A Nurse Evenually made rounds

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     What are the facts underlying your claim(s)? *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

It is Beyond Reason that a Competent OAKlAND County Jail medical personnel failed to deliver Brian MARtin Daily medicine Duloxetine-prescription medicine deemed necessary for Nerve damage, SENt with OAKlAND County Deputy SHeriff's everytime pick up Brian martin on a writ from MDOC. PRescription medicine was given to oAKlANb County Deputy from MDOC staff. THEY put me on a floor for over 20 days in holding with NO-mAttress, NO medicine for Nerve Damage was in OAKlAND County Jail over 50 days without my prescription medicine THIS hAS CAUSE SERious pain problems in my legs AND MORE NERUe DAMAge, CANt Stop that kind of medicine Cold. HAve to be taken of it Slowly. Cruel AND UNUSUAl, I Told MDOC WHAt the County Jail Did. THEY HAd to increase my medicine for NERUe damage AND pain AND Stress. Done this to me four diffrent times 63 YEARS old Just left me on a floor with NO-mAttress NO - medicine with A lot of Stress AND pain. HARD for me to wAlk NOW IN PAIN 24/7.

7

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

### V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MORE NERVE dAmAge in my Body Doctor Had to increase my Daily medicine from ALL the PaiN Have A Hard time walking NoW Lot of Stress From the way they treat me, MDoc TAKeN A Report oN WHAt OAKLANd County did A CHArt Review HAS BeeN Schedued For my provider.

### VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I WANt 1 million dollArs For Nerve dAmAge they CAuse, Stress AND paiN, failed to give me my Daily medicine, Left me on A floor with No-mAttress for over 20 days MDoc Told OAKLANd County Jail my Medical problems WHEN pick up on A writ . give THEm my Daily Medicine, failure to RESPOND Promptly Medical emergency

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OAKland County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑   No

☐   Do not know

If yes, which claim(s)?

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

MDOC MAde THEM AwAre of WHAt OAKlANd CouNty JAil Did to ME.

2. What did you claim in your grievance?

I would like to SEE A ~~Doctor~~ Doctor put me on the Floor with NO - MEDs NO MAttress mAde my Medical health BAd lot of pain in my legs Having A HArd time wAlKing

3. What was the result, if any?

INcrease my MEDS

10

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.    If you did not file a grievance: No

1.    If there are any reasons why you did not file a grievance, state them here:

oN floor iN Holding, with Nothing. IN Oakland County Jail

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Oakland County Deputys Nurse EVENually made there Rounds with Jail Staff I was in Holding oN Floor for Over 30 days Did Nothing.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Told Jail Staff Over ANd over THIS HAS Cause me SErious pain problems. THEy did Not CARE Left me oN the floor with No - mattress

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐   Yes

☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?



☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)   _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition.  _____

7.      What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☑      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)      _____

Defendant(s)     _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

13

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __3 – 10 –__, 20 26

Signature of Plaintiff  *Brian David Martin*

Printed Name of Plaintiff  BRIAN DAVID MARTIN

Prison Identification #  168491

Prison Address  3100 Cooper Street (JCS)

JACKSON          MicH          48801

City          State          Zip Code

14

Brian Martin 168491 (JCS)
Cooper Street Correctional Facility
3100 Cooper Street
Jackson Michigan 49201



US POSTAGE
FIRST-CLASS
ZIP 49201   $ 002.44
02 7N
0008038246MAR 17 2026

RECEIVED
MAR 26 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Office of The Clerk   Room 564
231 West Lafayette Blvd
Detroit Michigan 48226

U.S. MARSHALS